# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00083-CV

**Mike McAdams, Appellant**

**v.**

**Mid-State Trust, A Delaware Business Trust, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. 273987, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, Mike McAdams, has notified this court that the parties have settled and that he will not be filing anything with the court to further his appeal. We construe appellant's notification as a motion to dismiss his appeal. We grant the appellant's motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a).


Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Appellant's Motion

Filed:   April 29, 2004